IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                           Cr. No. 02-20215-D

ERIC DORMAYER,

Defendant.

---

ORDER

---

After having considered the defendant's motion, for a bond hearing the Court finds the defendant waived his detention hearing and reserved the right to request a detention hearing at a later date. Therefore the defendant's motion is granted.

IT IS SO ORDERED, this _22_ day of **July 2005**.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 87 in case 2:02-CR-20215 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Ste. 242
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT