# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY _____ D.C.

05 AUG 23 PM 3: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:02CR20215-01-D

ERIC DORMAYER
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Eric Dormayer, was represented by Doris Randle-Holt, Esq.

It appearing that the defendant, who was convicted on January 22, 2003, in the above styled cause and was placed on Supervised Release for a period of two (2) years and has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of eight (8) months with no further term of Supervised Release.

The Court made a recommendation to the United States Bureau of Prisons that the defendant be placed in a Halfway House as soon as possible.

The defendant is remanded to the custody of the United States Marshal.

Signed this the 23rd day of August, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

Defendant's SS No.: 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
Defendant's Date of Birth: 08/17/1979
U.S. Marshal No.: 18403-076
Defendant's Mailing Address: 825 East Parkway South, Memphis, TN 38104



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 89 in case 2:02-CR-20215 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Ste. 242
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT